and Extending of Eastchester Road, from Williamsbridge Road to Laconia Avenue; Seymour Avenue from Eastchester Road to Hicks Street; and Sacket Avenue, from the Prolongation of the Easterly Line of Newport Avenue to Eastchester Road, in the Twenty-fourth Ward, Borough of The Bronx, City of New York. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title to the Lands, etc., Required for the Opening and Extending of Kinsella Street, between Matthews (Rose) Avenue and Bear Swamp Road; and of Van Nest (Columbus) Avenue, between West Farms Road and Bear Swamp Road in the Twenty-fourth Ward, Borough of The Bronx, City of New York, etc. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title, etc., for the Opening and Extending of Wallace Avenue, from Baker Avenue to Bear Swamp Road; Barnes Avenue, from Baker Avenue to Bear Swamp Road; Matthews Avenue, from Baker Avenue to a Point about 149 Feet East of Its Intersection with the Easterly Line of Barnes Avenue to Bear Swamp Road; and Muliner Avenue, from Morris Park Avenue to Bear Swamp Road, in the Twenty-fourth Ward, Borough of The Bronx, City of New York. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of HENRY BLAND NEDHAM, as Sole Surviving Executor of and Trustee under the Last Will and Testament of THOMAS STANLEY NEDHAM (Senior), Deceased.— Decree modified by disallowing the claim of the stenographer for eighty-seven dollars and fifty cents, and the surcharge for interest and penalties on the taxes and water rents levied against the premises No. 23 West Eighty-second street since May 23, 1918, and by requiring the items paid to the respondent Emily Cromwell Nedham to be deducted from her individual share; and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

THE HACKENSACK TRUST COMPANY, Appellant, v. HUDSON TRUST COMPANY, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Finch, Smith, Merrell and Martin, JJ.; Smith, J., dissenting.

JOSEPH ARNOPOLIN, Respondent, v. IRA KAWANOVA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.; Clarke, P. J., dissenting.

JOHN REGAN, an Infant, by EDWARD REGAN, His Guardian ad Litem, Respondent, v. KOH REALTY CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and Martin, JJ.

EDWARD REGAN, Respondent, v. KOH REALTY CORPORATION, Appellant.—